UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-14193-CIV-MOORE

MARCGIDE EDMOND,

Plaintiff,

vs.

JOHN'S ISLAND CLUB,

Defendant.
_____/



FILED by _____ D.C.
OCT 15 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FINAL ORDER OF DISMISSAL**

**CLOSED CIVIL CASE**

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Voluntarily Dismiss Complaint without prejudice (**filed October 3, 2003**).

**THE COURT** has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2003.

UNITED STATES DISTRICT JUDGE
K. MICHAEL MOORE

copies provided:

All counsel of record